# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| JERRY KROPF,<br><br>    Plaintiff,<br><br>v.<br><br>CACH, LLC, and<br>ENERSON LAW, LLC<br><br>    Defendants. | Case No. 1:17-cv-0028<br><br>HON. JANET T. NEFF |

## ORDER GRANTING DISMISSAL WITH PREJUDICE

**IT IS ORDERED** that this matter is hereby **DISMISSED** with prejudice and without costs.

Date: June 14, 2017                /s/ Janet T. Neff
                                   JANET T. NEFF
                                   UNITED STATES DISTRICT JUDGE